# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HANG A RI NOODLE HOUSE, a business form unknown; IN CHUL JUN, an individual; and Does 1-10<br><br>Defendants. | Case No.: 8:17-cv-02060-CJC-DFM<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action without Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Hang A Ri Noodle House and In Chul Jun ("Defendants"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 9, 2018

_____
UNITED STATES DISTRICT COURT JUDGE